# SECRET

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.**   21-3050-01-CR-S-MDH |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **BRENT A. THOMPSON,**<br>[DOB:  09-04-1978], | **COUNT 2**<br>18 U.S.C. §§ 922(j) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| Defendant. | $100 Mandatory Special Assessment Each Count |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about October 29, 2020, in Greene County, in the Western District of Missouri, the defendant, **BRENT A. THOMPSON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock brand, 22 model, .40-caliber semi-automatic pistol, bearing serial number EXM522US, and that firearm was in and affecting interstate commerce.  All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

On or about October 29, 2020, in Greene County, in the Western District of Missouri, the defendant, **BRENT A. THOMPSON**, knowingly possessed a stolen firearm, that is, a Glock

brand, 22 model, .40-caliber semi-automatic pistol, bearing serial number EXM522US, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.  All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

**A TRUE BILL.**

*/s/ Kevin Elliott*

**FOREPERSON OF THE GRAND JURY**

*/s/ Anthony Brown*

**ANTHONY M. BROWN**
Special Assistant United States Attorney
Missouri Bar #62504

Dated: _5/5/2021_

Springfield, Missouri

2