# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 21-03050-01-CR-S-MDH |
| **BRENT A. THOMPSON,** | ) |
| | ) |
| Defendant. | ) |

## *MOTION TO WITHDRAW AS COUNSEL OF RECORD*

The United States of America, by and through its undersigned attorneys, respectfully requests that Special Assistant United States Attorney, Anthony M. Brown, hereby withdraws as lead counsel of record in the above-referenced matter.

Respectfully submitted,

TERESA A. MOORE
Acting United States Attorney

By    */s/ Anthony M. Brown*
Anthony M. Brown
Special Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806
(417) 831-4406
(417) 831-0078 facsimile

## *CERTIFICATE OF SERVICE*

I hereby certify that on June 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/Anthony M. Brown*
Anthony M. Brown
Special Assistant United States Attorney